IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>   *Plaintiff,*<br><br> v.<br><br>JESSIE KIRSCH, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 19-953 |

**PAPPERT, J.**                            May 19, 2022

## ORDER

  **AND NOW**, this 19th day of May 2022, upon consideration of Plaintiff David Robinson's Motions to Submit Discovery Exhibits (ECF 49, 52 and 53), Defendants' Motion for Summary Judgment (ECF 54), Robinson's Response (ECF 56) and the record, it is **ORDERED**:

1. Robinson's Motions are **GRANTED**.

2. Defendants' Motion is **GRANTED**. Judgment is entered in favor of the Defendants and against Robinson on all his claims. The Clerk of Court shall **CLOSE** this case.

                          BY THE COURT:

                          ***/s/ Gerald J. Pappert***
                          GERALD J. PAPPERT, J.