IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROBINSON, *Plaintiff,* v. JESSIE KIRSCH, et al., *Defendants.* | CIVIL ACTION NO. 19-953 |

## ORDER

**AND NOW**, this 21st day of March, 2023, upon consideration of Robinson's Motion seeking reconsideration and relief from judgment, (ECF 63), and Defendants' Response in Opposition, (ECF 64), it is hereby **ORDERED** that Robinson's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.